PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

**FILED**
JAN 15 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S.A. vs. Christopher Salazar                                          Docket No. 5:19CR368-XR-4

## Petition for Action on Conditions of Pretrial Release

COMES NOW Jerry Morin, pretrial services/probation officer, presenting an official report upon the conduct of defendant Christopher Salazar, who was placed under pretrial release supervision by the Honorable Elizabeth S. Chestney, sitting in the court at San Antonio on the 13th date of June, 2019 under the following conditions:

> See Appearance Bond dated November 7, 2019 and Order Setting Conditions of Release dated May 15, 2019.
>
> U.S. Pretrial Services alleges the defendant violated the following conditions:
> Condition 7(r): Submit to substance abuse treatment which may include evaluation and testing, education, impatient or outpatient treatment and/or participation in support groups such as Alcoholics or Narcotics Anonymous (AA/NA).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On January 8, 2020, U.S. Pretrial Services was contacted by the Lifetime Recovery Drug Treatment Inpatient Counselor who reported the defendant will be unsuccessfully discharged from the program. The counselor reported the defendant's lack of initiative, and participation. Furthermore, the defendant has had a history of non-compliant behavior disregarding facility rules.
>
> Assistant United States Attorney Sam Ponder was advised of the violation and concurs with this course of action.

PRAYING THAT THE COURT WILL ORDER a warrant of arrest be issued and the defendant be brought before the Honorable Court to show cause as to why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/08/2020

_/s/ J. Morin_
U.S. Pretrial Services Officer    Phone Number  +1 (210) 244-5436

Supervisory
U.S. Pretrial Services Officer    Phone Number  +1 (210) 244-5446

Place  Federal Building
727 East Cesar Chavez Boulevard, Rm B-636
San Antonio, Texas 78206

ORDER OF COURT
Considered and ordered this 14 day of Jan., 2020 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge